No. 1, Misc. KELLY *v.* DOWD, WARDEN;
No. 5, Misc. AUDETT *v.* JOHNSTON, WARDEN;
No. 6, Misc. FRETTIE *v.* SQUIER, WARDEN;
No. 7, Misc. WALEY *v.* JOHNSTON, WARDEN;
No. 8, Misc. UNITED STATES EX REL. STAPLES *v.* NIERSTHEIMER, WARDEN;
No. 10, Misc. EDMONDSON *v.* WRIGHT;
No. 11, Misc. FIFE *v.* RAGEN, WARDEN;
No. 13, Misc. THOMPSON *v.* LAINSON, WARDEN;
No. 14, Misc. REEVES *v.* LAINSON, WARDEN;
No. 17, Misc. BENNETT *v.* NEW JERSEY;
No. 19, Misc. DAVIS *v.* SMYTH, SUPERINTENDENT;
No. 22, Misc. TURNER *v.* RAGEN, WARDEN; and

No. 23, Misc. JONES v. NIERSTHEIMER, WARDEN. October 8, 1945. The motions for leave to file petitions for writs of habeas corpus are denied.